EDGAR J. LEVEY, Respondent, v. THE BROOKLYN UNION PUBLISHING COMPANY, Appellant.

*Levey* v. *Brooklyn Union Pub. Co.*, 137 App. Div. 947, affirmed.
(Argued April 26, 1911; decided May 16, 1911.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 29, 1910, which affirmed an interlocutory judgment of Special Term overruling a demurrer to the complaint in an action for libel.

The following question was certified: "Does the complaint herein state facts sufficient to constitute a cause of action?"

*Paul Eugene Jones* for appellant.

*William F. Clare* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.